On the original appeal in this case, I was of the opinion that the trial judge was correct and I would have affirmed that judgment. See Kershaw v. Knox Kershaw, Inc., 523 So.2d 351, 360
(Ala. 1988) (Maddox, J., joining Almon, J., who dissented). Even though I thought that the original judgment was due to be affirmed, a majority of this Court reversed that judgment and remanded the cause to the trial court for further proceedings. The sole issue on this appeal is whether the trial court followed the mandate of this Court.
I was almost persuaded by the appellant's argument that the trial judge had not followed the mandate of this Court, but after due and deliberate study, I was finally convinced that the time had come for this case to be concluded and that the appellant had not shown such error in the judgment that it was due to be reversed again.